Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant GATEWAY HOTEL LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff<br>v.<br><br>GATEWAY HOTEL L.P., a California Limited Partnership; and Does 1-10,<br><br>        Defendant. | Case No.: 2:20-cv-10752<br><br>DEFENDANT GATEWAY HOTEL LIMITED PARTNERSHIP'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(A) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF ORLANDO GARCIA AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Defendant GATEWAY HOTEL LIMITED PARTNERSHIP ("GATEWAY HOTEL" or "DEFENDANT") has been named and served as a Defendant in the above-captioned matter. GATEWAY HOTEL now removes the action from the Superior Court of California, County of Los Angeles, to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of this Notice of Removal, GATEWAY HOTEL states as follows:

## PROCEDURAL HISTORY

1. Plaintiff Orlando Garcia ("Garcia" or "Plaintiff") commenced this action by filing a Complaint captioned *Orlando Garcia v. Gateway Hotel Limited Partnership*, an California Limited Partnership; and Does 1-10, Case No. 20SMCV01429 in the in the California Superior Court for the County of Los Angeles (the "State Court Action") on October 2, 2020.

2. Plaintiff served Gateway Hotel with a Summons and the Complaint on November 2, 2020.  Pursuant to 28 U.S.C § 1446(a), true and correct copies of the "process, pleadings, and orders" served upon Defendant, including the Summons and Complaint are attached to this Notice as <u>Exhibit 1</u>.

3. The California Superior Court for the County of Los Angeles is located within the Central District of California – Western Division. (28 U.S.C. § 84(c).) This Notice of Removal is therefore properly filed in this Court pursuant to 28 U.S.C. §1441(a).

## ALLEGATIONS IN THE COMPLAINT

4. In the Complaint filed in the State Action, Plaintiff claims that Defendant's identification and description of its accessible features deny him the opportunity to assess whether Gateway Hotel meets his accessibility needs and that he cannot make reservations for accessible guest rooms in the same manner as guests without disabilities in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101 et seq. ("ADA") (First

Cause of Action) and the Unruh Civil Rights Act, Cal. Civ. Code §§ 51-53 ("Unruh") in the Second Cause of Action.

5. Defendant disputes Plaintiff's allegations, believes the Complaint lacks merit, and denies that Plaintiff has been harmed in any way by any act or omission of Defendant.

## GROUNDS FOR REMOVAL

6. Plaintiff's claims are based, in part, on alleged violations of federal law as Count I of the Complaint alleges violations of the ADA.

7. Because this action involves claims under the ADA, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 based upon the existence of a Federal Question and this action is subject to removal under 28 U.S.C. § 1441.

8. Pursuant to 29 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Central District of California, which is the District in which the State Action was filed and is presently pending.

10. This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b) as it was filed within thirty (30) days after Plaintiff served Gateway Hotel with the Complaint.

11. After filing this Notice of Removal, Gateway Hotel will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the California Superior Court County of Los Angeles in accordance with 28 U.S.C. § 1446(d).

12. Other than Does 1-10, Gateway Hotel is unaware of any other parties who have been named or who have appeared in the underlying State Court Action.

## NON-WAIVER OF DEFENSES

13. By removing this action from California Superior Court, Defendant does not waive any defenses available to it.

14. By removing this action from California Superior Court, Defendant does not admit any of the allegations in Plaintiff's Complaint.

## CONCLUSION

15. For all of the reasons stated above, this action is within the original

jurisdiction of this Court pursuant to 28 U.S.C. § 1331. Accordingly, this action is removable pursuant to 28 U.S.C. § 1441.

WHEREFORE, Defendant Gateway Hotel requests the Court accept this Notice of Removal of this matter to the United States District Court for the Central District of California.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: November 24, 2020

By:_____
Philip H. Stillman, Esq.
Attorneys for defendant GATEWAY HOTEL LIMITED PARTNERSHIP

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on November 25, 2020 or as soon as possible thereafter, copies of the foregoing Notice of Removal was served electronically by email listed with the Los Angeles Superior Court and to the Clerk, Los Angeles Superior Court by OneLegal e-filing.

By: /s/ *Philip H. Stillman*
Attorneys for GATEWAY HOTEL LIMITED PARTNERSHIP

Notice of Removal of Complaint                    -5-