JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | CV 20-10752 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| GATEWAY HOTEL, L.P., | |
| Defendant. | |

Pursuant to the Court's February 25, 2021 Order granting defendant Gateway Hotel, L.P.'s ("Defendant") Motion to Dismiss,

1. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice;

2. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall have its costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: February 25, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE